(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____ **16-60485-CIV-MOORE/MCALILEY**

```
FILED BY _____ D.C.

MAR 0 9 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

Frank Brett
_____

**Plaintiff(s)**

v.

#1. Mrs. Powel Federal Clerk
#2. Miami Dolphins Football Team Mr. Don Ldson
#3. Outreach McEgan, Mrs. Copper Fra.
1700 Blvd
#4. Mr. Gunther
#5. Uncle Bill **Defendant(s)** 12 30 N. Ocean Blvd
west Palm Beach FL 33464

Civil Complaint Title 18 USC 1514A(i)
_____

**(TITLE OF DOCUMENT)**

I, Frank Brett _____ plaintiff or defendant, in the above styled cause,

See Attachment Pg. 1 of

Pg 1 of 1

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

In Title 18 USC # 1514 A(1) Civil Action to Harassment of a Federal Witness + Informant in Several Mayjor Federal Criminal Cases by MR. So POlwl Black Frank Caunt clerk who ob in USC Title 18 - 1703 SHe Delayed or Obstruction of My Mail with was Dogs on this 2/2015 at Miami Fli Federal Courthouse, This cursed and a lot of Pain and suffering, I never got the case and the criminals have eluded prosecution because of the courts Framing Actions, The Latin untenown Female also was involved and they would not sign off on my sealed Federal Documents on This day, The Postal Service Never delivered the mail because the court procedures where Not Followed Properly. This untenown Black Female court clerk Was Prejudice and defrauded me and this was my 1st Time to the Miami FLi Federal Courthouse, I never Received Due Process of the Law in Miami Flu or Fort Lauderdale Flu which ran the wrong LOgistiCSs,

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Injunction from Abuce From Untrown Black Man Court Clerk and his Friends Who have been harassing me for a years, I request 1 Million Dollars from The Court Black Man clerk.

In U.S.C. 18 TiTle 115 (c)(2) as a Family member I served as a witness an Informant and Undercover person For US, Federal Judges Greg Pressinol and Hendle Sharp and Pat Fauscett. Served as an Informant, witness to Crimen, and Undercover person For US, Attorney's office in Phila, Pa, and FBI office in Phila, Pa, ★ Also in with DISTRICT Attorney's office in Delaware County Pa,

In U.S.C. 18 TiTle 119 - Protection of Individuals performing certain official duties. US, Marshall Rodriquez retaliated against a Person of Cover performing his duty. She committed Felones against me with US. Marshall Garcia of Orlando, FL, from 2006 until 2016; with Federal contracts Colett, David Graham and John White Orlando FL, Dept, of Corrections both committed Felones against me from 2006 until 2016 with Anthony Svoozie a Seminole County Sherriff; I saw Anthony Svoozie and John White on the same Bus in 12/2006 on Colonial Rd, in Orlando FL, These police officers have been covering up for others who committed murder since 2006 and knowingly and willingly did so, Steplre Bington Laputa my old girlfriend and her husband were in with Marco - from Marco Construction in Newcastle County Delaware, Marco was in with Harry Sheppter, Wm Mariante & Son Johnnie, John Mariante, Mike Smith Haeford and Richard Gertz telepto steal all me and my wife's money, Richard Gertz Stated this in 6/2006.
Marco and Harry Sheppter were in with Angel Molina and Joey Mertino and Marie Mertino and her sister,

New Evidence 2015-2016 Evidence, Britt Lewis Told me to Leave Florida because her Jenney was attorney

#1. Jewish Man at 1230 N. Ocean Blvd. is Uncle Bill who British outs told me
She was afraid of in 12/05, they were Framing all The Girls at Gunthers Escorts with her Jenney Police

#2. Britt Lewis was Framed By Scott Rothstein, Rosenberg, Adler
Law Firm She told me this at The Mizner Square In 12/2005 and at Margots in Fort lauderdale.

#3. Scott Rothstein Framed Britt Lewis his attorney So She couldn't testify
against him on the other Senior Attorney's, or Police chief her Jenney and
his Vice Squad Unit For the Broward Sheriffs Dept. They were Framing all The Prostitutes
who worked For Mr. Gunther at 100 N. Swyple Rd. In Pompano Beach Florida. 125 woman
Full Time that Mr. Gunther had Sex with And another 100 part time woman.

I saw Mr. Gunther have sex with Sarah who left The curtains open so I could see this,
(2006 + 2007)
(Old Evidence) Sarah Told Mr. Gunther he could see her Ass better in The Moon light
and The Days Inn Lights. Sarah stated they both did a Line of Coke and I saw them
have sex. I refused to Film This Like Sarah suggested.

#4. My old girlfriends Mrs. Sapirona In 2003, Fristi Santo In 2005 and
2003 Sarah who's friends were the Gambino crime family and her girlfriend Barbi-Blonde who have BMW
all had sex with Mr. Gunther, all of this was approved In 2006 and 2007 Federal Lawsuit I filed In
Orlando, Fl. by Judges Gary Presshelly, Harold Sharp, and Chief Federal Judge Pat Fawcett.

#5. Jewish Man at 1230 N. Ocean Blvd. In Palm Beach Fl. who stated to me
and Sarah, he goes to Monte Carlo and The Casinos every Month.

New Evidence ★ Co. Scott Rothstein went to Monte Carlo In 2008, they had The Same
Friends There, Jewish Men at 1230 N. Ocean Blvd In west Palm beach Fl.
Interesting Note #7 Cheryl Cole and her Black Rapper Friend went to Monte Carlo Too.

#8. Scott Roth Stein, Rosenberg and Adler- Friends were The Law Firm of
Mafia Law Firm Armstrong, Vince Carrasella, Steven Devine and Charles Peruto of Perry DeMarco
Raymond Driscoll all out of Philly Pa. and all in my Britt Lewis Logistics.
★ Armstrong Landscaping on N. Ocean Blvd. In 2014 and 2015. when I started this
Vincent Carrasella was seen In 2007 at Orena Sports Bar In Orlando, Fl. threatening ME.

I called The Police and Orange County Sheriff Kelley and Latin Woman + Black Sheriff came and
I told them this was the crooked Mafia Law Firm that had threatened me and taped me.

I caught Vincent Carrasella and my attorney Dennis Muth taping me in 10/2004.

I caught Vincent Carrasella In with Mike Quick, Mike Vecty, DeSean Jackson, LeSean McCoy,
Donovan McNabb, Riley Cooper, Tyrell Owens, Hugh Douglas, Troy V. Franco near the
Philly Eagles Parking Lot In 9/2014 with Ethan Yudis and Ricky Gertz and Philly Police officer
Jonas who threatened My Life with his Billy Club if I didn't Turn over Logistics.

Raymond Driscoll- was in with Bill Nowlty - Bill Higgins, Steve Towel, Sean Towel, Brian Towel, Tom Aaron,
Charles Peruto + Steven Devine were in with - AJ, Perry + Nick Pannucci and Gambino Crime Family.
(murder) ★ Attorney Vincent Mancini in with Anthony + Steve Luongo + Lisa Gambino.

officer McGloughlin For 5 years. Justice Rich Te Real Estate in Palm Beach FL. That day
Old Jewish millionaire 1230 N Ocean Blvd.

Pg. 1 [of 2?]H

1230 N. Ocean Blvd. old Jewish Man was a Friend of Mr. Gunther
he stated to me Me and Sarah. He also was a Friend of Mr. Gunther
Smith of Conston Fne. He stated: He Said he goes to Monoco very often
and to the Casinos, Hiara Realtors were used to that me and her very often
me. He's selling his house. He obstructed Justice and Access to the court of

Came with 2 Detectives. On Saturday 2/7/15 in Palm Beach, FL, I was pulled over by
446 ICD the 1st Time by 2 white Man Palm Beach detectives in Front of
1230 N. Ocean Blvd. as I was writing the address. This was the
house of an Older Jewish Man and his Body guard who had sex with Italian
Sarah Mafia girl from Manhatten, New York and a Black woman escort girls.
He knew Mr. Gunther and They both worked For Mr. Gunther. 120 N. Sample Rd. in Pampano FL.
An Escort Service. Officer Newbury and untrown white cop rode in Cruiser For 5 years
(Ashton Kay)
with Doy Jameson. Friends. 2 Palm Beach detectives Than passed me with a Construction Truck
Armstrong and several cars. As I went around the corner the bend in the road
The 2 Palm Beach detectives than pulled me over For No Reason a Second
Time with Palm beach Cop Newbury and a second white untrown shimey
Black hair Palm beach Cops. The shimey Cop ran my License and it was good. Illegal stopped me.
The white Palm Beach detectives violated my civil rights and had detroubled
me. In Palm Beach County in 2015. They asked me where I had come From.
I Told Them. A Few of the cops were asking me questions at the same time.
They told me not to sleep in The Cabanas on the Island. I told the detective
I had just got here this minute and was just riding my bike and passing through here
He then called out Orlando, Fla 3 times violating my right to privacy with my
friends there. He said not to impersonate a Cop. The shimey Palm beach cop
who asked said I was impersonating a Cop. These were the First People I had talked to
in Palm beach County, Fla. I stated that's not true and I was Not I. Dentally
a Cop here. The white detective called out The Island and called me the
second shimey. They were in with crooked Framby attorney's Dan Armstrong, Vince Carnisella, Sixrie Dowhar
Charleseroto Mafia Atlanta. there were several cars that tried to run me over after this conversation.
The Palm Beach Police had pulled me over in Front of This Man's home
4 Times in the last 5 years. 3 times by officer McGloughlin who was
in with Jeff McGloughlin of Delaware County, Pa. and McGloughlin plumbing by 3rd & Poplar
and Haverton Cop Dennis O'Donnel & Sgt Mike Glenn, Nunchucks. officer pitre
Carrie Cop in with Eileen, Robert & John Haines and officer Gardner Pitre
New Evidence - Philia. Pa. Federal Court clerks were caught breaking the law corey Haines and Leonard untrown
with Haverton cops Gardner and officer Pitre.

Matt Antonio + Sonny Herman the 2 Marines hired By Law Firm of Felicia Bruno Mother, and David Kline - Both Lost their jobs, the other Attorney's Phil Brandes, Paul Wlan and Granone were crooked and were all in with Rothstein, Rosenfeldt and Adler.

Pg 5 of ____ They Attempted Murder of Frank Brett heading home on 7/24/03 - to Testify in Croce VS United States of America case.

★ New Evidence - Raymond Driscol, Perry DeMarco and Charles Peruto were th

With Mitchel Rubin with Bill Naulty, Marlene Hughes, Charly Naulty, Charly Naulty Son, Tim and Kathy Conway of Fox + Roach Realtors in Phila, Pa. Lee Smith - her daughter Andy Smith + her Boyfriend, Felecia Bruno - Frank Izzi - Delaware County Pa.

Dept of Corrections, Rob + Dawn Lauffs Female cousin - all were in the

5/20/11 Response Evidence Logistics in Camden, NJ. Federal courthouse.

MLH-hw- judges - Frank Brett vs 13/11 Naulty and Felecia Bruno

★ I had Attorney David Kline and Newman in with Logistics on 1230 N. Ocean Blvd. In 2/7/15, and in 1/2011, David Kline Stated Mitchel Scabon and Ruth Arneo in with Sapphires.

Response Logistics In 2014 I saw CARA Megetty an Asa calling on her cell

Mrs. Everson phone. I saw on 16th St. In Phila, Pa. Mrs. Newman, Nancy Grandaughter who lived at 1214 34th St. in wildwood, NJ. and The White Phila. Pa. police officer who threatened my life in 12/08, on 8th and chestnut St. with a Black Phila. Pa. Police Officer.

★ The white man Phila. cop cousin was a Paegan's Gang Member in with US. Customs white man officer. in 10/2012.

White Paegans Gang Member 6'2" inches Tall around 210 lbs followed me to

Helping hands in Harrisburg, Pa, in 10/2012 - In with Pine St. Presbyterian church white old man Spider Mann white man Mr. Johnson. Mr. Grey and Gail and Debbie coles and Steve Luongo, of Rev. Andy Greenhow and Mrs Hawkins Broad St. Ministries.

Paegans Gang Member ★ This Murder Suspect Jogging In Front of Phila, Pa. Federal courthouse On Film in 10/2012 for The Murder of My Father Frank Brett Sr., on 5/17/1996.

who was chemically poisoned to death. He was burned on both arms and his neck.

He was bright Red. Had no hair on his arms and his neck. His face and chest was normal white.

He had a Puncture wound on the right side of his neck that I showed all of this too Richard Gorlz my Uncle. He stated he would go with me to the police. He lied he screwed My Dad with Hunstown Cop Lt. Joe Greco + Army, This Murder Suspect was seen by me and My Dad in our Backyard in summer of 1995 when the Mother Family illegally tapped into my dad's electric line and messed with their billing and all Bills and buried my dad's home, they stole The 14CL concrete cleaner that poisoned my dad to death.

This Paegans Gang member committed a felony against me for Jogging by on film in front of The Phila. Pa. Federal Courthouse. I saw white man US. Customs Agent turn car around and pull in front of Phila. Pa. Federal Courthouse. He ran inside to US. Marshall Ray and was talking to him and US. Marshall I Tabian John. They were trying to frame me with Jewish Judge Goldberg.

I saw Paegans Gang member with Bikini Bike Jogging in Washington Park.

Pg 6 of

This all Started when Lt. Joe Gneco of Havertown Pa. Police Dept. and his brother Robert Gnerco a cop and Paul Marsella and my Uncle Richard Gentz + Stanly Taborelli Raped women Underneath Wildwood N.J. Boardwalk. Lt. Joe Gneco and Robert Greco used their Police Badge to scare away Teenagers who were Smoking Pot with their Girl Friends, Then they would have sex with the women. There was usually 2 women at a time, Then when they were done having sex Paul Marsella would leave a pile of Seaweed on the women's crotch, this is why they call him Poly Femus. Definition a deep Sea Creature who Loves to eat Seaweed this was their Saying.

When I told My Uncle Richard Gentz that officer John Collins, Mike Short, Harry Shreffler, Joe Sullivan, Mike Smith, Charly Holden all were in on the Rape of Kathy Keating, Richard Gentz stated to me in 7/1999 at my home that Kathy Keating deserved it. Richard Gentz had taken 5,000.00 dollars from the Catholic church and put his crazy drug addict daughter into Archbishop Carrol High School.

★ Richard + Marion Gentz were in with officer Lower Merion John Collins, Mike Short, Joe Sullivan, John Sullivan, Charly Holden and Mike Smith since 1995. He had already known about this. (Belmont Baptist Church) Richard + Marion Gentz were in with Paul + Margie Morsella + Marcus/Josh Baptist church.

Lt. Joe Gneco and the 2 Nunky brothers Havertown Police Dept. They all knew about Al, Perry, Nich Punnaccio and Joe Sullivan Havertown killing Jim Much with them hiring the Black Man Bouncer at Delilas Den Strip club in 2002 who killed him. He was a witness with me to Millions of Dollars in crime and corruption. The Croce vs United States of America Case + th other's Insurance cases with Independence Blue Cross. He was a witness to the Punnaccio brothers stealing each others Cars for Insurance Money Using John Cornell Gang. The Fugitive who was never caught with dirty cheaters Tamille Barksdale and William Stanly.

★ New Evidence Dennis O'Donnel Havertown Cop and his Father Upper Darby, Pa. Lieutenant in with John Collins Since 1993. Dennis O'Donnel was in with Broward Sherrif Dennis Cullen Since 2002. He was in with Orange County Sherrif officer Kelly with crooked Law Firm Vince Carra Sella, Dan Armstrong, Mike Sheridan and we're in with Mike Collins + Rob Stichney.

Mrs. Hunter & Mrs. Mills were in with at least 3 Black men from Royal Flush

gave brakes to. The Health and Human Services Dept. in Phila, Pa. has covered up

Murder of My Father and my friends by Making things up for the last 10 years.

#1. I recently sued over My Fathers Mysterious death.

#2. The Hospital Burdett Tomlinson closed.

#3. The Ems Paramedics Unit closed.

#4. The Miller Family - 14 Millers (Herm Miller - at The Salvation Army (Five chiefs) Evidence 2014

in Orlando, Fla Evidence - protected by the Murdering employees There (2015) (Mrs. Vasquez, his son Mr. Guzman)

I Saw Mrs. Vasquez Son following me in 2015 with a Back pack on, They refused to let me in the

Program There the Black people and white Mun director Mrs. Rochwell. But then let The Millers

Family in all through out the State, The Millers were in with Paul & Margie Marsella and her sister and

Teresa Bartour. All The Firemen in Orange County Fl, hot on Me the last 10 years.

Joe Miller, Jack Miller, Bill Miller and Black Man Mrs. Reid hated me kicked out of Shelter

on Sunday Breakfast Mission by Wilmington, Delaware with The gang from The Booby Trap (Fort Lauderdale Fl) (Mrs. Sierra) (Mrs. Supina) Blonde Hair - Fl. Plates

and Maura Rice, white woman on Motorcycle - from Booby Trap Inn with Steve Detelice,

Mr. Boynton, Marty, Chuck with The Pony Tail, Don and Charlie Hildea and Beth Boton,

Beth Bolton Cousin works at Club Vixens in Broward County, Fl. They all were in with the Millers

+ with Prostitutes, I recently saw church's cousin on 2/20/16 on Commercial Blvd. and Dixie Highway

he went to Christ Methodist Church. Joe & Jack Miller were in with Paegan gang members who

broke into My dad's home at 120 24th Str. in Wildwood NJ. These paegan gang members who e

the cousins of The Miller Family. Then Everson and wife - Nancy grand daughter Friend and Family were

members + went to PAM - The Owls + with Ly Stipper escort girls, Seleux Millers London,

Mrs. Everson + Thor Everson have a little girl, I saw them at Downtown disney with Brian Jone/

Dollson Heith Lott and his little Son, Mary Anne Lodge Cousin and 3 little Kids.

Many dolphins football players where in with The Murderers for 14 years + Sponsored

drug gang, Dan Harding, (Anthony Barba → Spearment Rhino Club) - Ted Brutzhski's Bru Room in with

My old neighbor Cheryl Hrolme and her 2 husbands Seen with The Murderers Friends,

Cheryl Hrolme Prostitute girl I had Sex with Macedonia Baptist church - Pastor Chris Right

people - I saw David + Joe Right in with The Prostitutes and the Murderers who they recycled.

Steve Luongo - at Their Church in 6/2012, The Prostitute a Blonde was in with

→ (Macedonia Baptist Church in Wilmington, Delaware.)

**The Book**

Pg 9 OF

At The Bethesda Mission

Harrisburgs Pa

Monday 7/13/15

At The Bethesda Mission

Jason Hall - Criminal

Ron Whitcom - Criminal

★ Penn Dot - Warren Williams - Guest Speaker

Cecil McCrae

employee - Fred Worthington - Big Criminal

Richard Anderson

Threatened me in
(From North Philles) - Jamal Knight (Big Criminal In
(Truth Rejohn Kittler)

Jamal Kelley

Eric Hiney - Criminal

Lloyd Harris

Went to Hoff - Criminal

John Speedy

Steve Jackson - (Big Criminal)

Mike Wilhelm

Both Bolton cousin ← Richard Lovegood

Mr. Sharps son

(He said Good Mourning) Jason Heffley

Lou Demerits

Vincent Burns Bed # 53 Gangster harton

Front St Bed # 42 White Man Joggen
Criminal 7/10/15

Lloyd Harris

★ Mr. Booth - Criminal

Mr. Cox

Dan Fratuadano

Mr. Lutz

John Price

Jim Beaty

Chris Redd - used his cell phone inside Mission
with speaker

Robert Thompson - Criminal

Anthony Guipt - criminal received #75,000 thousand
dollars in bribe to screwme, He's a racist.

Ray John Hintland- used his cell phone,
A gangster who set me up.

STEVE Homel

Mike Hanley - Lebanon Pa
He screwed me.

Taylor Echo - screwed me in logistics

Mike Dooley

Clifton Mardon - Nice Man

Robert Bettis

David Stephenson

Bob Savage - Screwed me with Mr Chamberlain

Larry Stehr - Big Criminal

Steve Marshall

Jack Mother - Criminal

Errett Lott - Criminal

Adin Zipco

Haiszousouf

Adam Ayat

Brian Caldwell - criminal - his cousin is
a cop on baltimore police Dept, he was in with
Mr Lane - 2011 - a Helmsman who screwed me with
Laney + Keith Sauns from Orlando, FL

Richard Lovegood - Relative is a dancer at club
Vikins Strip Bar + Charles Hilldea and his cousin
Don Friends in Palmbeach, Florida is Christi's
cousin and his friends Ryan Hall and Brian Hall and
enfmann Italian woman. I saw them together at Grayhound
Bus in Orlando, FL outside Smithway In 1/2016.

(Criminal Gang)
Richard Lovegood - (Bolton Cousin)
Vincent Burn
Jason Kelegbergh - cousin is Pat Whelch
Matt Homes
James Beaty

(Rev. 10/2002) General Document

**Certificate of Service**

I _Frank Brett_ , certify that on this date _3/ 9 /16_ a true copy

of the foregoing document was mailed to: _____
name(s) and address(es)

_____

_____

By:

_Frank Brett F_                          _Frank Brett_
Printed or typed name of Filer           Signature of Filer

_____          _____
Florida Bar Number               E-mail address

_____          _____
Phone Number                     Facsimile Number

_____
Street Address

_____
City, State, Zip Code



Pg. 01

Black Man around Jogging by texting off ... ws pants

EXHIBITS

Palm Beach FL
Tuesday 3/8/16

Okeechobee
7:00PM

(F) US1 2SV   Drexard Bite

Turner Roofing

(F) Y98 F8J

Carlos Towing

(F) 47ARWC
Black Man around 20's yrs. old on cell

Weather Tech
Lab Corp (F) 135JLB

(Red) Jet Hwy
Next Train!
(F) Ret 146
SOF truck

(F) EILAR
(F) BCT 232

(F) 242 MLR   My Way
(F) ZJHJM   7:00PM

southeastern termite

(F) LH X40
U Haul - Arizona pluckman
(F) CMRT8J withern...

Cowan # —

Okeechobee
Blvd
Minnesota 257 Reh
#306 633 Cowan
Road safe
ME

★ Black Man on Bike - 20's wrinkle

Okeechobee Rd
(F) 881 DVX
ESCUL JG4
True Design
(U) F4N F54
PWA John pizza
(F) 554 RGR
AB9 6929
(F) DVFU06

Black Woman ... Phone
U Haul Arizona
7:20 PM

(★) 0709 Palm Smooth
— (F) Y24ENN
(F) 565 P AE
(F) H33 DeG
(F) EDV KGS

Report ...
(2) Thr Flash
Road Safe
(F) H26 951

Pg. of

Mr. Gunther

Sunday Stanleues    3:30 pm  (H) (FL)  XO2 Yup Gunther - Following me on Military Thru North.
Sunday 2/21/16    2:30 pm  #3 FL  CBIO61  Gunther - white woman on cell phone ★ RT1 | South opposite way
Sunday 2/21/16    1:45 pm  #3 FL  TRXew  Gunther - white Man RT1 | South  Opposite way
Sunday 2/21/16    12:15 PM  FL  518 WLL Gunther - RT1 North going My Way
Saturday 2/20/16    FL  548 JHW Gunther - Oakland Park Blvd. - opposite way
Sunday 2/21/16    FL  BeC 872 - Pompano Beach, FL, Opposite way
Wendsday 2/24/16    #7 FL  O83 MLR - Fiat - Gunther
Wendsday 2/24/16    #8 FL  R I R 175 - Gunther
Wendsday 2/24/16    #9 FL  O43VTS - Gunther
Wendsday 2/24/16    #10 FL  CSXX95 - Fiat - Gunther
Saturday 2/20/16    #11 FL  NQO 4FD - Gunther
Friday 2/12/16    #12 FL  ETZX40 - Gunther
Friday 2/12/16    #13 FL  ENVUT3 - Gunther
Tuesday    2/16/16 #14 FL  8 EdJXJ Gunther  Oakland Park, My way
                                                    Blvd.
Thursday ★    2/11/16 #16 FL  479 BLC  Gunther - My Way

with Broward Sheriff Ken Jenney and his 2 small Vice detectives white men, Bill White, and St. Johns closed
Church next to the closed Days Inn on RT, Lin Pompano Beach, FL and Law Firm convicted Felon Rothstein, Rosenfelt, Adler,

Pg. 6 of 59

Pastor Tyrone Gilliam of St. Peters Church
in Chester, Pa, and his friend. Black Man Murderer for Pannaccio Brothers, when there in 9/2007, He had waited from 27 Bus with the Newark Police Stated he killed a Blackman, White Police Officer over Rodney's 225,
Pastor Gibson Ivory 2/Oct New Jerusalem Church of Chester, Pa 3rd Party Church,
In with Pastor Eddie Murphy Jr, Methodist Church in Fort Lauderdale, Fl, via 3rd Party,

In 8/2012 4 Men Followed me to Fort Lauderdale, Fl, and lot them harassed me at Helpinghands.
Fugitive John CORNell in Boca Raton, Fl, and threatened me at Benjamin Moore Paints in Boca Raton, Fl.
On thursday 6/21/12 at the Sunday Breakfast Mission,
in Wilmington, Delaware around 5:00pm. I Saw Charlie Foldea's Cousin Don
and when he Left at 6:30pm I saw him with this Black man Jim on a Black Bike
Hugh giving each other and shaking hands. I would see this Black man Jim with 5 Black
Men in Christiana, Park on Friday 6/22/12 around 11:00AM, this white man
On his cell phone in Delaware 8640 Black Audi was making a lot of calls
Black woman pulled into Christiana Park and made calls Delaware C12/16.
Marlene Hughes I recognized, Bill and Nancy Naulty's Female Cousin at the Sunday
Breakfast Mission on 6/21/12, Dennis O'Daniels Cousin and a white girl,
Brother State Police
Ted & Greg Consulio, Mr. Chamberlain, Mrs. Irene (office) David Bell relative with Bell Nursery,
Geoffrey Collins with Collins Landscaping, in the Name, John Heroe, Mrs. Schmidt with
Schmidt Bakery, (Frank Wells) and his friend from Ing Investments, Mr. Enright - (Stated Attorney Barbara Barton)
Debbie Little Skinny has 4 kids was there, Mrs. Little was talking to a
white Mr. Hughes and a Black Man Unknown. They were all in on it with all the
employees of Sunday Breakfast Mission. They were calling me what's her Name, Gary
and he's pretended Last year 9/11 at Delaware Federal Courthouse Debbie
the white Female clerk called out my Name Frank Brett, I have not used a
different Name or Nick Name to Investigate Major crimes in years when I
was a Federal Informant. Mr. Wright From Muscadora Baptist Church was
one of the Leaders. So was John Roe and his Family who I have seen several times
harassing me. I Saw his white Female relative Jogging by on Friday 8/10/12 with another white
woman On Clestnut St, in Philin, Pa. John Johnson Name was called by Gene the Deacon For Marl
On 6/21/12 at Sunday Breakfast Mission in Wilmington, Delaware I had seen
John's Cousin in Turnersville, NJ with his friend Billy Turner From Hartford on 7/26/12
I Saw (John Johnson) in Front of Philin, Pa Federal Court house on 8/8/12
cousin
I Saw Noreen Lyons and Marion Getz Cousin When I was Leaving Philin, Pa
Federal Court on Market Street in Front of The Reading Terminal,

Pg. 08

(From 2002-2016) Keith Byers and The Philadelphia Eagles sponsored
a drug gang that beat up 4 white people and harassed me and
Mike Somers In Wilmington Delaware. Keith Byers Family members were
In with The Sunday Breakfast Mission Director Mr. Wheeler, Fired In 2014-2015
old Black Man Deacon of Methodist church, Deacon Black Man Gene of
the Methodist Church who called out 2003 that Gene and Old Black Man Deacon had
extorted me and tried to kill me several times, Gene was on Herolh In 2003
and Going through a Devorce, They brought In Famous Black Men to Politicize
their crimes. The Ewing Family. I saw Mrs. Ewing In Front of the Wilmington
Delaware Federal Courthouse In 2013 on Federal Film, Gene black Deacon
used Chamberlain's. He used Mr. Chamberlain who I saw him talking to. Mr. Chamberlain followed
me to Blunt Rd Mission on Thanksgiving Day 2014, He was a G host,

I also saw Elton Brand on a Bicycle near the Blunt Rd. Mission Thanksgiving
day with a black woman, Mr. Poronaldson of The Miami's Dolphins Slandered
me at The Blunt Rd Mission In Fort Lauderdale Fl, with Reverend
Brett and was In with Christ Methodist Church, Mr. Donaldson was also In
with a Mr. Donaldson and a Racist Team of Black Men from
Harrisburg Pa. Sterling Tarbett, Fred Hovington, Mr. Donaldson and
his Contractor boss he works for a RON Gant, Chris Fields, Mr. Bell
Ron Gant stated him and his brother were both Racist and had screwed me over committing
Fraud, RON Gant was also In with RON - a black man who worked in
12/2015 - 1/2016 the office at Orlando Rescue Mission in Orlando Fl, to cover up
Murder by Black Men of white People, RON Gant was given a bribe
by Sterling Tarbett of $76,000.00 dollars for his Medical, Sterling Tarbett
and Fred Hovington both stated that They had many Felonies and were
Helmsmen together In Harrisburg Pa. There are over 100 witnesses,
Sterling Tarbett and Fred Hovington were Illegally working for 17 years in
Harrisburg Pa. and the Director Chuck Wingate and Doug Burger and
Bill Chastensen all knew this, Sterling Tarbett and Fred Hovington, Mr. Booher,
all committed Felonies with Orlando Rescue Mission From 2012 to 2016
when I stated Mayor of Philla Pa, Mike Nutter and his Family they followed me
to Harrisburg Pa. in 7/2014, Mike Nutter changed the Law in Philla Pa to
allow Black + white people Convicted of Felonies The Right to a 2nd chance
so They could work, He did this In 2014 and covered up many Democrat Felonies.

Pg.   of

Al Byers friend Beckett had Wilmington Police stop me from 2014-2015.

I saw Kevin Beckett on 6/1/2015 in front of Italis Strip Club with his daughter. A Black woman stripper came outside and made a phone call, several people who Kevin Beckett knew pulled into Bohemian Store next door, Kevin Beckett thrown out of the program in 11/2015.

<u>Keith Byers</u> - His 2 cousins I saw with old Black Methodist Deacon in Wilmington, Delaware and Deacon Gene from 2011-2014.

Convict  Al Byers committed Felones against me with his Brother in 2015. They were in with white Man drunk <u>Bill Miller</u> in 2015.

Keith Byers cousin Mark Moseby followed me out to Harrisburg, Pa. in 10/2012 and was in with Mr. Myers a white Man and

Pa. Gov't Man  Dave a white man who stole my civil Rights with Sterling Tarbett, Fred Houghton

and Mark Moseby. In 1/2015 Mark Moseby followed me to the Orlando Fla Salvation Army. He was seen with an Oriental Man who lived next door who was stealing my civil Rights with him. Mark Moseby stated that old

Black  Man Murry and the Black staff would not let him be thrown out of the Salvation Army for screwing with me for the 3rd time in 3 different states.

His cousin Mr. Byers followed me to Fort Lauderdale Blunt Rd. Mission in 11/2014 from Wilmington, Delaware. Al Byers and 2nd Mr. Byers were in with Ron Gant and Herbert Gant. I seen Al Byers talking to Herbert Gant at Sunday Breakfast Mission in Phila, Pa. in 11/2015. Ron Gant and his brother are racist he stated this in Pa/2015 in front of 100 Men at the Bethesda Mission in Harrisburg, Pa.

Pg. of

Joe Right Chris Right, David Right have all stalked me for the last 4 years in 10 states and The District of Columbia, 9/19/16 me & on The last 4 years in 10 states and the District of Columbia, after I left The Miami FL Federal courthouse on RT 1 around 5:30PM heading in The opposite direction. Chris Right, Joe Right, David Right and men all from the Macedonia Baptist church have committed felonies against me for the last 5 years from Wilmington Delaware.

## Miami FL Federal Courthouse 2/2015 → My 1st Time There

4:10PM  #1. Unknown Black Man Federal court clerk defamed my character and committed Fraud against me, calling me Gay Forrest Gump.

#2. Unknown Black Man Federal court clerk refused to time stamp my case at all. Refused To Enter case with Latin Female court clerk.

#3. The Black woman Boss than came to The Front and stated were not giving you a time stamp or a Judge Today.

#4. This Federal court Procedures were not followed at all.

#5. I was than stalked by Black Male and Female Court personell and 3 black gay men and 1 Latin Gay Man all the way back to Broward county.

#6. I never slept even in Dade County FL in The last 10 years.

#7. I was also called playing with my self. This is all a Lie in Dade County FL.

2/2015  #8. I also saw Mrs. FLynn Jogging on RT 1. She Is a white woman From The Annunciation Catholic Church in Havertown, Pa.

9/2015.  #9. I Saw Mrs. Flynn Jogging again and committing a 2nd Felony against me in Manhattan, New York, Central Park. she was stalking me.

## Miami FL Federal Courthouse 2/19/2016 - The 2 white men US Marshalls violated my civil rights the night before. They were violating my civil Rights with Richard Ramos and the 2 Black Female Federal Court clerks who would not enter my case.

I would see Mr. Man on his bicycle following me on RT 1. All The strip clubs on RT 1 Violated my civil rights. Office Depot of Fort Lauderdale, FL violated my civil rights with Office Depot on RT 1 in Miami, FL Employee Mark and most of the employees. This is where I saw Stripper Christina Ayuchi From Solid Gold in Fort Lauderdale, FL.

AT 4:15PM  Richard Ramos refused to give me a case Number and a Judge.

White woman Court clerk stated He tried that one Last year.

I never spoke in the Miami FL Federal courthouse in 2016 White Female Federal court clerk violated my civil Rights with the 2 Black woman Court Clerks. A white woman came into Miami Fed. court at 4:29 PM with her Cell phone on and in phone Site and Richard Ramos & Black Female Clerk violated on her.

Pg. 0F

New Evidence 2015 - Big Surprise

Tom Hillion - 4641 West Chester Pike, Newtown Square Pa 19082

used Magostrate Judge Hunter to cover up their crimes against me for the
Past 20 years.

Tom Hillion was in with my Dads crazy Pot Head Friend. Ed Hillion
From Chilton Publishing Co. and CBS with Walter Boyl him and Sgt. Mitze Glenn of Haverstown Police
and Dennis O'Donnel Haverstown Police and in Fort Lauderdale, FL. Dennis Clifton Broward Sheriff.
New Evidence - Edward Hillion broke into my home on 107 St Hawthorne Rd. in Haverstown Pa.
From 1995-1999 with Tom Hillion his cousin and his Friend and bugged my home
and hurt me and my wife. (I was a happily Married Man). In 2015 I caught
Tom Hillion's men Following me To Fort Lauderdale, FL. Man Hatten New York, and all
States in Between. I saw a white man come out of his Office. He Followed me to I
was praying at the Veterens war memorial across The Street. The white man kicked me out of there
and said he would call the Cops. I never said a word and left there. I than saw this
white man go to Magistrate Hunters office 5 Times He went Inside. I would then get Picked
out by this same white Man In this Shopping Center taking Logistics on him. I would
than See David Right walking near there. ★ I would than See this white man Followed me
to Broomall Pa. I turned those Logistics into John Stark Phila. Pa crooked court clerk
who I had caught Jogging over the Benjamin Franklin Bridge. Hillclerk had been in with Hillion through
a 3rd party. Park Ranger Hillclerk pulled her gun on me and was going to shoot me for
no reason In Phila. Pa. I had him in my Logistics and he had been harrassly me with other
Park Rangers Mr. Grey and Dept. of Corrections officers at Greater Ford Prison. also a bar
called What's his Name in Bridesburg, Pa. (I was under cover at this time.)
IN 12/14 US Marshull Italian Ray and a white Man Phila. Cop The Independent Baptist Church
In Phila. Pa. both pulled me over on Hartranft St. In Broad Daylight while riding my
bicycle and pulled their guns out and stole 1 page of Logistics on them. Ray US. Marshull
than hit me over the head with his gun. I put this into US. Federal Court Officer
Steve Curraminchi and Grey IT.

Pg. __ of __

Black Gang members were directly involved with gang members who were never prosecuted. Fugitives from Phila, Pa. are Church Friends.

165 Hillsboro Blvd. God Changing Life and Worship center Church in Deerfield Beach FL.

I saw John Cornell a Wanted Fugitive go to this God Changing Life and worship center for all church. His gang friend Ray from Cobre whent here to and committed Felonies against me and cops with their church members. John Cornell and Ray also were involved with this Hillsboro Mundial-Ingresia Mundial de pacter de Deus church which closed in 2015.

Several Other John Cornell Gang members whent to these 2 churches.

In 2014 A black Man who is slow Mentaly who worked at The Royal Flush in Phila. Pa. I saw him with the Black Man Boss who drowes a Nisan Altima in the woods in Phila, Pa. several times in August and September 2014. He Followed me to Fort lauderdale FL. and I saw him at The God Changing Life and Worship center for all church. The Latin church was Ingresia Mundial de pacted de Deus church closed in 2015. Several Other Black gang members I saw at these 2 churches in the Last 5 years. A Latin Church group whent to Royal Flush in Phila. Pa. also involved with the thugs.

John Cornell and Ray from Cobre were both sponsored by the Phila Eagles Football team and Keith Byers, Mitze Qweiz, Mitze Veh, Hugh Douglas, Andy Reid Tyrell Owens, Ivan Hearse, Donovan McNab, DeSean Jackson, LeSean McCoy, Mr. Evans, Chip Kelley Head Coach and The Last Player was Riley Cooper. Sean Riley, Jeff Laurie the Owner and Howard Rose man the head of Playing Personel (In Newspaper) traded immediately DeSean Jackson and LeSean McCoy with the drd r/d vole made with the Bloods and Crypsts gang. A dead Black man was found on DeSean Jackson property in New Jersey in 2014 who was a Bloods + Crypts gang member. DeSean Jackson pals in with Reverend Sanfeat, Rev. Love, Rev. Maleah Charles Merrish Love, Reverend Darrell and ENON Baptist Church and Rev. Fry From Euangelistic Church and Sunday Breakfast Mission in Phila. Pa. From 2011-2014. I caught a Black Factory relative Following me on Main St. in Darby, Pa. near Euangelistic Church and a store called Feals. I put the License Plate in. In Orlando of FL. in 2012-2015 a Black Reverend McCoy and 2 Black Fort lauderdale FL. Cops slandered me and whene in with Phila Eagles player Desean McCoy. Black Female cops have been hiding their Name Tags for the Last 3 years in Phila, Pa. and the whole State of Florida. In 4/2015 at the Publics Store on St.) in Orlando FL. Black Female called me Gay and hid her Name Tag with the Orlando Sherroff Depts. After I filed a Lawsuit in Orlando, FL with The Federal Courthouse clerk Cohett and Black Female Schena - I whent next door and 2 Black Female depts of corrections Cops Followed me Violating my Civil rights. They talked to RON employee who was in with RON Gant a Racist From Harrisburg Pa. Africa short Ron works in FL. office at the Orlando Rescue Mission which screwed me since 1983.



Pg. 04

Communicade Evangelica
International Zona Sur - Florida
1980 or 76 - 205 Hillsboro Blvd.
Pg. 04

Boca Raton FL
Wensday 11/19/14

6:00pm
E. Palmetto ROAD
↓
Evidence

Broward Fire Truck
(Red) American Ambulance
(Orange) City Furniture
(Red) Comcast Cable
(Red) Security

Thursday 11/20/14

Military Trail      (FL) 359 MXY
★ (FL) CXR V58
Hillsboro Blvd.    (FL) BAU 276
UPS

Military Trail      (FL) 785 SVS
Hillsboro Blvd     (Red) Budwaiser
Hwy 8              UP69
(FL) 362 FAE

8 BLACK MEN ( FL) 874 IMO AKTMA
5:30AM

La Quinta    (FL) 973 MUY ★ Latin Man
(FL) 272 QTS - White Truck
Sheriff Broward
U Haul

4:45 AM
RM | North    (FL) A5 PLS1
Pro Tanoz Battery
Lu Lu's Bait Shack

★ 1630 Goldman - Dental, Billing
Kirby Attorney

FL
★ God Changing Life and worship center
In 11 2015 I saw Black Men From
(Royal Plush Hair with 20+ his friends)
They also harassed me with a Black woman who
get fired from Cleckers in Phila Pa in 2011
These 2 Black women work for McDonald's
on Washington Ave In Phila Pa

John 60 PM #
4165 Hillsboro Blvd.        God Changing
(Coinals)               worship center 1165

1799 Cleckers - Hillsboro Blvd.

2255 Medical Center of Deerfield Beach

★ I Pul - Ingleses - Pente Costal
Unida Latino Americana Church
2257 Hillsboro Blvd.  = Ricardo Diaz

Fort Lauderdale, FL
Thursday 11/20/14

(FL) CXR 468        Black Person

(FL) AFX h59         3:30 AM
Hillsboro Cole    → Hillsboro Blvd
Michelob              West
UPS
(FL) DHA 115 - White Man
(Red) Rapid Roven
(FL) F57 581
Latin Man (FL) 746 TXE - La Quinta
(Red) FR FRE    Hillsboro Blvd.
west.
Fort Lauderdale Police
U Haul                Rt. | South
Frizzy'S            4:45 AM

595 Trail
All State  Russ Dobbo - 1430
Black Trash Man - Deerfield Beach
(FL) 359 2HZ

Kraeer Becker Funeral Home

Hall From Cotrel
165 God Changing Life Ministries
worship center

167 Beauty Supply
★ 183 Hillsboro MuRdial - Ingresia Mundial
de Pacher de Deus church

Pg. Of

The Boss Mr. Wheeler at The Sunday Breakfast Mission in Wilmington, Delaware was in on all The crimes, I had him in my Logistics for years.

Everyone called him this Since 2002 in Wilmington, Delaware Old Black Deacon from the Methodist Church had hit on me with Drug addict Gene his pupil to get his Salvation on an Undercover Fed, Federal Informant, Federal witness to hundreds of Millions in Dollars in Crime. They Used Famouse Athletes and Famouse Actors and actresses to Accomplish this.

In Fort lauderdale, Fl. they used Methodist Mission and The Black Reverend Eddie Murphy Jr. who was a relative of The Famous Actor Eddie Murphy who I saw his Relatives in 7/2008 on King street at Baptist Church in Old Towne, Virginia. I seen him in Manhattan New York on 9/25/16 The Pope day visiting New York.

I did not NO #1. Allen Iverson - Phila. 76ers was in with Old Black Deacon. 2 of The Black Men - I was a 76ers shirt. The 2nd Black man had on Denver Nuggets shirt in 6/2002 at Sunday Breakfast Mission in Phila. Pa. * #2. Elton Brand - Phila. 76ers was obliminated by the Feds for his crimes. I see him following me to Fort lauderdale Fl. Blvd Rd. Mission on Thanksgiving Day 2014 with a black woman. Also #3. Mr. Chamberlain was a ghost on 11/2014 Thanksgiving Day and should go to prison with Gene The Fired Deacon and Old Methodist Black Deacon for beatings against 4 white men in Wilmington, Delaware. They DIDE The Nose of Steve Retelico friend. They knocked out a white Man in 11/2013 and took him to the hospital unconscious. Mike Somers they threatened did me they threatened several times.

Debbie Little, John Gentz and Steve Defelico made deals with Deacon Gene for Salvation of his 3 Sons. A white Man from the 1st Baptist church in Pinehill S., South Carolina also committed Felonies against me in 2003 with The Gentz Family. He told me this in 11/2014. A white man drug Dealer in with The Asbury Park Methodist Church in Wilmington, Delaware and a drug gang followed me to Dollar Theo on RT. 13. These 2 punks Told me they screwed me with The Methodist Church across The Street for the last year. I never said a word and ate my lunch. #4 The Ewing Family was in with Old Black Deacon and also Debbie Little.

The Philadelphia 76ers Heated The whole Team when they found out in 7/16/2012 that I was an Undercover Fed. The Couch Doug Collins, Turner, I guadella was in with a transsexual he sponsored by the Name of Dominque Harwood who was obliminated by the Feds for crimes with Wilmington Delaware Attorney Barbara Baylor. Chris Right told me this and he was in with them with his Boyfriend Ben, and Mascetania Baptist Church of Wilmington, Delaware. In Corona They recycled Steve Luergo who stated to me in 2/08 with a white Man from Tenessee in with Mr. long from Fort lauderdale, Fl. that he dropped the Rock on an Oriental Man at The Kennedy Center in Deaud Wilmington. Steve Luergo tried to drop a rock on my head and I got up and knocked him out.

JS 44 (Rev. 12/12) (Modified by FLSD - April 29, 2013)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS** Frank Brett

**DEFENDANTS** #1 Mrs. Rowe Federal Clerk
#2 Mion Nj. Police Was Football Tea + Mr. Arnold #3
#3 U Lit Reach review — Mrs. Green & Willenphng
All County, IZ00 Brim

**(b)** County of Residence of First Listed Plaintiff Philadelphia
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant #5, Uncle Rod plaintiff Reason N. Ocean Blvd.,
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF west Palm Bch Fl.
THE TRACT OF LAND INVOLVED. 33469

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
Frank Brett
822 Johnston St
Phila. Pa. 19148

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)* |
|---|---|
| | *(For Diversity Cases Only)* and One Box for Defendant) |

| | | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question (U.S. Government Not a Party) | Citizen of This State ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☒ 2 | U.S. Government Defendant | ☐ 4 | Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | | Citizen or Subject of a Foreign Country ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability ☐ 380 Other Personal | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - Product Liability | Leave Act | | Act |
| | Med. Malpractice | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff | Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | | or Defendant) | ☐ 950 Constitutionality of State |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party 26 | Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | USC 7609 | |
| ☐ 245 Tort Product Liability | Accommodations **Other:** | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 530 General | | | |
| | Employment ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Other ☐ 550 Civil Rights | ☐ 465 Other Immigration | | |
| | ☐ 448 Education ☐ 555 Prison Condition | Actions | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed (See VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment ☐ 8 Remanded from Appellate Court

**VI. RELATED/ RE-FILED CASE(S)** *(See instructions):* a) Re-filed Case ☐ YES ☒ NO b) Related Cases ☐ YES ☐ NO

JUDGE _____ DOCKET NUMBER _____

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity):*
Title 19 USC. #1514 A Civil Action of a Fedel witniss + Judgment
Harrassment + civil Rights th 1993
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 1 Million Dollars From Each Defendant CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

DATE 3/9/16

SIGNATURE OF ATTORNEY OF RECORD Frank Brett

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| RECEIPT # | AMOUNT | IFP | JUDGE | MAG JUDGE |